UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY LESHON STEVENS,<br><br>        Plaintiff,<br><br> v.<br><br>THE CITY OF SEATTLE, a Municipal Corporation,<br><br>        Defendant. | No. 14-cv-01877<br><br>COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS, FALSE ARREST, FALSE IMPRISONMENT, OUTRAGEOUS CONDUCT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, VICARIOUS LIABILITY<br><br>**<u>JURY DEMANDED</u>** |

Plaintiff, RANDY LESHON STEVENS, through his attorney, alleges as follows:

### I. JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. § 1983 for violations that include but may not be limited to the Fourth, Fifth, Eighth, and Fourteenth Amendments, and other various state and common law claims.

2. There exists a common nucleus of operative facts as to plaintiff's state and federal claims. As a consequence, this court has supplemental or pendent jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

COMPLAINT - 1

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701

## II.     PARTIES

3.      Plaintiff Randy Leshon Stevens is a resident of King County, Washington.

4.      The defendant, City of Seattle, is a government entity with the right to sue and be sued in its own name.

## III.    TORT CLAIM

5.      A City of Seattle Standard Tort Claim was properly filed with the defendant, City of Seattle, pursuant to Washington State law.  More than sixty (60) days have elapsed since the filing of that claim.

## IV.    JURY DEMAND

6.      Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands trial by jury.

## V.     BACKGROUD FACTS

7.      On or about December 19, 2012, an arrest warrant was issued for Plaintiff Randy Leshon Stevens for Kidnapping in the First Degree, Robbery in the Second Degree, and Attempted Human Trafficking in the Second Degree.

8.      A little over one year earlier, a Seattle woman, Victim Jane, woke up on the floor of a strange house in Seattle, and was held against her will by an unknown African American male, later determined to be Tariq Shabazz.

9.      Later that day, Shabazz forced Victim Jane to leave the house with him and a female acquaintance.  They left in a black sports utility vehicle ("SUV"), and began driving around Seattle.

COMPLAINT - 2

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701

10. Shabazz would not release Victim Jane, and Victim Jane feared that she would be forced into prostitution or killed. While driving around Seattle, a second African American male was picked up and entered the SUV.

11. The second African American male rummaged through Victim Jane's purse and took money. He also wanted Victim Jane to verify her bank account balance, and threatened Victim Jane with a knife. Victim Jane feared that they were going to kill her.

12. At a time when the SUV was stopped, Victim Jane escaped the vehicle by jumping out. She hit her head on the ground during the escape, and remained in critical condition with a head injury for several weeks.

13. Detective Todd Novisedlak from the Seattle Police Department investigated the case. Detective Novisedlak identified Shabazz early in the investigation because he had given Victim Jane his telephone number. *See* Exhibit A.

14. Detective Novisedlak obtained Shabazz's telephone records and identified a telephone number called many times on the day of the incident with Victim Jane. Detective Novisedlak did not know why the telephone number was called. *Id.*

15. Detective Novisedlak later linked the telephone number to the name Randy Stevens. *Id.*

16. Detective Novisedlak looked up the name Randy Stevens in a booking database and found Plaintiff Randy Leshon Stevens who, in a general sense because he too is African American, met the description of the second African American male involved in the incident with Victim Jane. *Id.*

COMPLAINT - 3

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701

17. Detective Novisedlak prepared a photographic montage with Mr. Stevens' photograph and showed it to Victim Jane. However, she could not identify Mr. Stevens as the second African American male suspect. *Id.*

18. Detective Novisedlak obtained another booking photograph of Mr. Stevens and prepared a new photographic montage with that photograph and showed it to Victim Jane. Again Victim Jane did not identify Mr. Stevens as the second African American male suspect. *Id.*

19. Detective Novisedlak eventually obtained a Department of Licensing photograph of Mr. Stevens and only showed that one photograph to Victim Jane. Victim Jane identified Mr. Stevens as only "looking like" the second African American male suspect. *Id.*

20. On or about December 2012, Detective Novisedlak prepared a probable cause statement or Case Investigation Report detailing his investigation.

21. In and around the week of December 20, 2012, Mr. Stevens received notice by mail scheduling him to appear on the King County Superior Court Arraignment Calendar for January 2, 2013. He was given notice that he would be arraigned for Kidnapping in the First Degree, Robbery in the Second Degree, and Attempted Human Trafficking in the Second Degree.

22. On January 2, 2013, Plaintiff Randy Leshon Stevens voluntarily appeared in King County Superior Court and was arraigned. However, he was released for lack of information regarding his involvement with the subject crimes. The Case Investigation Report prepared by Detective Novisedlak did not provide information as to Mr. Stevens' involvement

COMPLAINT - 4

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701

in the incident with Victim Jane.  At that time, Mr. Stevens was ordered to report to the King County Jail on January 16, 2013, for work release.

23. On or about January 3, 2013, Detective Novisedlak prepared an amended or supplemental Case Investigation Report under penalty of perjury under the laws of the State of Washington for the support of probable cause, and the arrest and charges against Mr. Stevens. Detective Novisedlak provided false information and omitted information regarding his investigation.

24. Detective Novisedlak falsely stated that the telephone number obtained from Shabazz's telephone records was registered to Plaintiff Randy Leshon Stevens.  The telephone number was not registered to Plaintiff, but registered to another Randy Stevens with a different middle initial.

25. Detective Novisedlak also omitted information regarding Victim Jane's identification of Mr. Stevens.  Detective Novisedlak omitted information that before he showed Victim Jane the sole Department of Licensing photograph of Mr. Stevens, he had shown her two photographic montages with older booking photographs where she had failed to identify Mr. Stevens as the second suspect.

26. Detective Novisedlak also omitted that Victim Jane only identified Mr. Stevens as "looking like" the second suspect.

27. After Detective Novisedlak amended the Case Investigation Report, it was submitted to the court and Mr. Stevens was ordered to return to court.  On January 9, 2013, Mr. Stevens was taken into custody with bail set at $500,000.

COMPLAINT - 5

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701

28. Mr. Stevens remained in custody for seven (7) days, and was eventually released on January 16, 2013. Mr. Stevens was released after his criminal attorney indicated he was the wrong person, and after a paralegal for the King County Prosecutor retraced Detective Novisedlak's investigation and discovered that the middle initial for the Randy Stevens linked to the telephone number was different from Plaintiff. *See* Exhibit A.

29. Plaintiff Randy Leshon Stevens did not know Tariq Shabazz and never met Shabazz or had any type of interaction with Shabazz. Plaintiff Randy Leshon Stevens was not involved in the incident with Victim Jane.

30. Subsequent investigation determined the correct second suspect who had a completely different name than Plaintiff and who was later charged.

### VI. CLAIMS AND CAUSES OF ACTION

### COUNT I: VIOLATION OF 42 U.S.C. § 1983

31. Plaintiff hereby re-alleges the contents of the above paragraphs and incorporates them herein by reference.

32. Defendant had a duty under 42 U.S.C. §1983 to provide Plaintiff his substantive due process rights under the Fifth and Fourteenth Amendments. Defendant further violated Plaintiff's rights under the Fourth and Eighth Amendments.

33. As a result of Defendant's violation of 42 U.S.C. § 1983, Plaintiff suffered injury, emotional distress, humiliation, and embarrassment.

### COUNT II: FALSE ARREST

34. Plaintiff hereby re-alleges the contents of the above paragraphs and incorporates them herein by reference.

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701

35. The actions of Defendant constitute false arrest. Plaintiff Stevens was deprived of his federal Fourth Amendment right to freedom from unreasonable search and seizure.

### COUNT III:  FALSE IMPRISONMENT

36. Plaintiff hereby re-alleges the contents of the above paragraphs and incorporates them herein by reference.

37. The actions of Defendant constitute false imprisonment.

### COUNT IV:  OUTRAGEOUS CONDUCT

38. Plaintiff hereby re-alleges the contents of the above paragraphs and incorporates them herein by reference.

39. The actions of Defendant constitute outrageous conduct.

### COUNT V:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

40. Plaintiff hereby re-alleges the contents of the above paragraphs and incorporates them herein by reference.

41. The actions of Defendant constituted intentional infliction of emotional distress.

42. As a result of Defendant's tortious conduct, Plaintiff suffered injury and severe emotional distress.

### COUNT VI:  VICARIOUS LIABILITY/RESPONDEAT SUPERIOR

43. Plaintiff hereby re-alleges the contents of the above paragraphs and incorporates them herein by reference.

44. Under the doctrine of respondeat superior, Defendant is responsible for the knowledge, acts/or omissions of its employees, agents and others under its control.

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701

## VII.   RELIEF SOUGHT

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. Awarding Plaintiff damages in such an amount to be proven at trial.

2. Awarding Plaintiff costs and attorney's fees.

3. For permission to amend pleadings to conform to the proof offered at the time of trial.

4. Such other relief that the court finds equitable and just.

DATED this 11th day of December, 2014.

        CORNELIUS LAW FIRM, PLLC

*/s/ Frank A. Cornelius*
_____
Frank A. Cornelius, WSBA No. 29590
Cornelius Law Firm, PLLC
33530 1st Way S. Ste. 102
Federal Way, WA 98003
frank@cornelius-law.com
Attorney for Plaintiff

COMPLAINT - 8

CORNELIUS LAW FIRM, PLLC
33530 1st Way S., Suite #102
Federal Way, WA 98003
Phone 253.237.0756
Fax 253.237.0701